[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13890
Non-Argument Calendar

_____

D. C. Docket No. 04-14033-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL LAVERN REAVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 13, 2006)

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Arthur L. Wallace, III, appointed appellate counsel for Darrell Lavern

Reaves, has filed a motion to withdraw on appeal because, in his opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reaves's conviction and sentence are **AFFIRMED.**